# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 24, 2014

_____

## DOCKET CORRECTION NOTICE
_____

No.   13-2403,        <u>Trustees of the Plumbers v. Plumbing Services, Inc.</u>
                       1:13-cv-00118-TSE-JFA

TO:   Gregory F. Yaghmai

FILING CORRECTION DUE:  March 27, 2014

Please make the correction identified below and file a corrected document by the date indicated.

_____

[ x ] Brief is not text-searchable. Please refile brief as a text-searchable PDF.


Taline A. Fischer, Deputy Clerk
804-916-2704